## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors & Deadlines

Chapter 11 bankruptcy cases concerning the debtor corporations listed below were filed on January 12, 2009 and January 13, 2009.  By order of the Court, the cases are being jointly administered for procedural purposes under Case No. 09-10555.  You may be a creditor of the debtor. **This notice lists important deadlines**. You may want to consult an attorney to protect your rights.  All documents filed with the Court are available for inspection at the office of the clerk of the Bankruptcy Court and the Court's website, http://www.njb.uscourts.gov/. Note that a PACER password is needed to access documents on the Court's website (a PACER password may be obtained by accessing the PACER website, http://pacer.psc.uscourts.gov). You may also access all court filed documents free of charge at www.kccllc.net/Tarragon.  NOTE: The staff members of the Bankruptcy Clerk's Office, the Office of the United States Trustee and KCC cannot give legal advice.

### -- See Reverse Side for Important Explanations --

### Debtors (Other Names Used by the Debtors in the Last 6 Years, Including Trade Names) and Address:

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| 800 Madison Street Urban Renewal, LLC | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 20-8765370 | 09-10546 |
| Block 88 Development, LLC | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 41-2089427 | 09-10547 |
| Tarragon Edgewater Associates, LLC | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 20-1094784 | 09-10548 |
| The Park Development East, LLC | a/k/a Trio East | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 74-3109133 | 09-10549 |
| The Park Development West, LLC | a/k/a Trio West | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 74-3109132 | 09-10550 |
| 900 Monroe Development LLC | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 20-0378844 | 09-10552 |
| Tarragon Development Corporation | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 74-3012025 | 09-10553 |
| Tarragon Corporation | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 94-2432628 | 09-10555 |
| Bermuda Island Tarragon LLC | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 20-3834381 | 09-10556 |
| Central Square Tarragon LLC | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 20-3827665 | 09-10557 |
| Charleston Tarragon Manager, LLC | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 20-2680653 | 09-10559 |
| Fenwick Plantation Tarragon, LLC | dba Fenwick Plantation/ Southampton Park Tarragon LLC; dba Fenwick Tarragon Apartments, LLC; dba Vintage at Fenwick Plantation; dba Twelve Oaks at Fenwick Plantation | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 57-1134160 | 09-10562 |
| Omni Equities Corporation | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 65-1154335 | 09-10564 |

| One Las Olas, Ltd. | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 58-2591765q | 09-10570 |
| Orion Towers Tarragon, LLP | d/b/a River Oaks | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 20-1804994 | 09-10572 |
| Orlando Central Park Tarragon L.L.C. | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 75-2793341 | 09-10574 |
| Tarragon Development Company LLC | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 13-4136835 | 09-10575 |
| Tarragon Management, Inc. | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 13-3874783 | 09-10576 |
| Tarragon South Development Corp. | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 01-0608220 | 09-10578 |
| Vista Lakes Tarragon, LLC | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 77-0588403 | 09-10579 |
| Murfreesboro Gateway Properties, LLC | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 90-0144687 | 09-10650 |
| Tarragon Stonecrest, LLC | N/A | c/o Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street, P.O. Box 800, Hackensack, NJ 07602 | 20-5055442 | 09-10653 |

|  | United States Bankruptcy Judge: Honorable Donald A. Steckroth |
|---|---|
| **Attorneys for Debtor**: Michael D. Sirota, Esq. Warren A. Usatine, Esq. Cole, Schotz, Meisel, Forman & Leonard, P.A. 25 Main Street Hackensack, NJ 07601 Telephone Number: (201) 489-3000 | **Claims and Noticing Agent for Debtor**: Kurtzman Carson Consultants LLC 2335 Alaska Ave El Segundo, CA 90245 Telephone: 888-830-4662 www.kccllc.net/Tarragon |

## MEETING OF CREDITORS:

Date: **March 4, 2009**                          Time: **10:00 a.m. (prevailing Eastern Time)**

Location: **Office of the US Trustee, Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102-5504**

## Deadlines to File a Proof of Claim:

**No deadline has yet been established for the filing of Proofs of Claim.** You will receive separate notice of the deadline for filing your Proof of Claim, along with a special Proof of Claim form and information as to how your claim, if any, has been scheduled by the debtors, after the debtors have filed their schedules of liabilities.

**Address for Filing Proofs of Claim:**
Tarragon Corporation Claims Processing
Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245
Telephone: 888-830-4662
www.kccllc.net/Tarragon

**Foreign Creditors.** A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

2

38590/0031-5282254v1

| | |
|---|---|
| **Creditors May Not Take Certain Actions:** | |
| In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtors and the debtors' property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtors can request the court to extend or impose a stay.  If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult a lawyer to determine your rights in this case. | |
| **Address of the Bankruptcy Clerk's Office**:<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Telephone Number:  973-645-4764<br><br>Business Hours:  8:30 AM – 4:00 PM, Monday – Friday (except holidays) | **For the Court**:<br>Clerk of the Bankruptcy Court:<br>James J. Waldron<br><br><br><br>Date:  January 20, 2009 |

3

38590/0031-5282254v1

| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this Court by the debtor named above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and disclosure statement telling you about the plan, and you might have an opportunity to vote on the plan. You will be sent a notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the debtors' property and may continue to operate their business. |
|---|---|
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtors by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtors; repossessing the debtors' property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtors can request the court to extend or impose a stay |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed above. *The debtors' representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | Schedules of liabilities will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not identified as disputed, contingent, or unliquidated as to amount may, is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are scheduled as disputed, contingent, or unliquidated as to amount and who desire to participate in these cases or share in any distribution must file a proof of claim. A creditor who relies on the schedule of liabilities has the responsibility for determining that the claim is listed accurately. A form of proof of claim and notice of the deadline for filing such proof of claim will be sent to you later. A deadline for the last day for filing proofs of claim has not yet been established. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. <br> *See* Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the compliant and any required filing fee by that Deadline. **Writing a letter to the court or the judge is not a substitute for the filing of an adversary complaint.** |
| Bankruptcy Clerk's Office | Any paper that you file in these bankruptcy cases should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtors' property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

38590/0031-5282254v1