

**U.S. Department of Justice**

*Office of the United States Trustee*
*District of New Jersey*

| | |
|---|---|
| One Newark Center | (973) 645-3014 Telephone |
| Suite 2100 | (973) 645-5993 Facsimile |
| Newark, NJ 07102 | |

In the matter of:

Chapter 11

Tarragon Corporation, et al.
Case No. 09-10555 (DHS)

Debtor(s)

## APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Unsecured Creditors' Committee in connection with the above captioned cases:

Howard D. Altschul, Chairperson
**Taberna Capital Management, LLC**
450 Park Avenue, 11TH Flr.
New York, NY 10022
Tel: 212-735-5075
Fax: 212-735-1499

Hetal Patel
**A.J.D. Construction Co., Inc.**
948 Highway 36
Leonardo, NJ 07737
Tel: 732-291-9800
Fax: 732-291-2040

Donna Langford
**K. Langford Lawn Care, Inc.**
230 3RD Street, N.W.
Naples, FL 34120
Tel: 239-455-4673
Fax: 239-304-2790

Stuart Vorcheimer
**Sovor Associates**
34 Otbow Place
Wayne, NJ 07470
Tel: 973-595-0844
Fax: 973-882-5093

Robert K. Posner
**Posner Advertising**
30 Broad Street
New York, NY 10004
Tel: 212-867-3900
Fax: 212-624-1632

Page 2

In the matter of:                                           Chapter 11

Tarragon Corporation, et al.
Case No. 09-10555 (DHS)

Debtor(s)

Counsel for Committee:

Daniel A. Lowenthal, Esq.
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: 212-336-2000
Fax: 212-336-2222

                                                Roberta A. DeAngelis
                                                Acting United States Trustee
                                                Region 3


By: */s/ Martha R. Hildebrandt*
     Martha R. Hildebrandt
     Assistant United States Trustee


As of: February 4, 2009
Case Attorney: Donald F. MacMaster, Esq.