## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | |
|---|---|
| In re: | Case No.:  09-10550 (DHS) |
| THE PARK DEVELOPMENT WEST LLC | Chapter:  11 |
| Debtor(s). | Judge:  Hon. Donald H. Steckroth |

## AMENDMENT TO SCHEDULE B – PERSONAL PROPERTY

SCHEDULE B, having been previously filed, is amended as follows:

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize: | Prepaid Insurance | $869.00 |

I hereby certify that the above information is true and correct to the best of my knowledge, information and belief.

Dated:  March 31, 2009

By:  /s/ Kathryn Mansfield
Kathryn Mansfield,
Executive V.P. and Secretary of Tarragon
Development Corp., the managing member
of Palisades Park West Tarragon LLC, the
managing member of The Park Development
West LLC